**[ORAL ARGUMENT NOT SCHEDULED]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

ANARIA CABRERA, et al.,

    Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF LABOR, et al.,

    Defendants-Appellants.

No. 25-5340

---

**STATEMENT AS TO DEFERRED APPENDIX**

Pursuant to D.C. Circuit Rule 30(c), defendants-appellants hereby state that a deferred appendix will not be used.

    Respectfully submitted,

    MELISSA N. PATTERSON

    */s/ Samuel B. Goldstein*
    SAMUEL B. GOLDSTEIN
      Attorneys, Appellate Staff
      Civil Division
      U.S. Department of Justice
      950 Pennsylvania Avenue NW
      Washington, DC 20530
      (202) 514-0718

October 2025