# [ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

ANARIA CABRERA, et al.,

    Plaintiffs-Appellees,

    v.

U.S. DEPARTMENT OF LABOR, et al.,

    Defendants-Appellants.

No. 25-5340

---

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants U.S. Department of Labor and Lori Chavez-DeRemer, in her official capacity as Secretary of Labor, hereby move to voluntarily dismiss this appeal, with all parties to bear their own costs. Counsel for plaintiffs-appellees have indicated that they do not oppose this motion.

Respectfully submitted,

MELISSA N. PATTERSON

  /s/ *Samuel B. Goldstein*
SAMUEL B. GOLDSTEIN
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Avenue NW
   Washington, DC 20530
   (202) 514-0718

December 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 51 words.  This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Century Schoolbook 14-point font, a proportionally spaced typeface.

                                              */s/ Samuel B. Goldstein*
                                              Samuel B. Goldstein

# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Samuel B. Goldstein*
Samuel B. Goldstein