# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-5340** | **September Term, 2025** |
| | **1:25-cv-01909-DLF** |
| | **Filed On: December 15, 2025** |

Anaria Cabrera, et al.,

    Appellees

    v.

United States Department of Labor and Lori Chavez-DeRemer, in her official capacity as Secretary of Labor,

    Appellants

**O R D E R**

Upon consideration of appellants' unopposed motion to voluntarily dismiss appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Laura M. Morgan
                Deputy Clerk